IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBERT ELMER BARBER,  No. CV-08-5036 MMC (PR)

      Plaintiff,

_____ /  **JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: December 8, 2008            Richard W. Wieking, Clerk

                                                       By: <u>Tracy Lucero</u>
                                                        <u>Deputy Clerk</u>